# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| A.M., | ) |
|    Petitioner, | ) ) ) |
| v. | ) ) Civil No. 2:25-cv-00615-LEW |
| KEVIN JOYCE, et al., | ) ) ) |
|    Respondents. | ) |

## **JUDGMENT**

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by Chief U.S. District Judge Lance E. Walker on December 22, 2025

The Petition for Writ of Habeas Corpus is dismissed.

Dated this 23rd day of December, 2025.

                                            ERIC M. STORMS
                                            ACTING CLERK

                          By:    /s/ Stacey Graf
                                  Deputy Clerk